IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN 31  PM 12:38

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Daniel Herrick_____, Plaintiff

v.

_____The Vail Corporation_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Daniel Herrick   111 W. Beaver Creek Blvd., #399, Avon CO 81620
(Name and complete mailing address)

713-899-2632        herrick_dan@yahoo.com  (underscore between last and first name)
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION"*

Defendant 1:   The Vail Corporation, 390 Interlocken Crescent #100, Broomfield CO, 80021
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_X_ Other: (*please specify*)   Retaliation/Adverse Action

2

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  After being illegally terminated from The Vail Corporation, per the Americans with Disabilities Act and no reasonable accommodations being made for my depression that was well known by my supervisors and management team, The Vail Corporation tried to press criminal charges for simple emails I sent in defense of myself and where I was asking simple questions about my termination and the circumstances of the abusive situation with the guest that led up to my wrongful and illegal termination. In response to my questions and emails, Vail used local law enforcement to try to harass and intimidate me. They attempted criminal charges against me and failed. On September 11, 2021 I was surrounded by six uniformed officers outside my home and they informed me of a criminal investigation into me and delivered me a letter informing me that "I was banned for life from all Vail Resorts worldwide." Det. Schwartz of the Vail P.D. cleared me of any wrong doing. Despite Det. Schwartz conclusion, Vail Corporation still refuses to lift this retaliatory and unnecessary lifetime ban.

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire            \_\_\_ different terms and conditions of employment

\_\_\_ failure to promote        \_\_\_ failure to accommodate disability

\_\_\_ termination of employment    \_X\_ retaliation

\_X\_ other: (*please specify*) \_\_Adverse Action\_\_

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_ race        \_\_\_ religion        \_\_\_ national origin        \_\_\_ age

\_\_\_ color       \_\_\_ sex             \_X\_ disability

Supporting facts:

On the day of my termination March 16, 2021 Karen Reeder-Pottratz gave me no reason for my termination, other than "it was an HR panel decision and it was final". I asked for the HR person names, but was stonewalled.

On April 1, 2021 I wrote an email to Karen Reeder-Pottratz's boss Rebecca McDonnell. She called me and I was again stonewalled again for a reason I was terminated and to the HR person's identity.

On April 2, 2021 I wrote an email to both their bosses, the COO Beth Howard. This email was completely ignored. No response from anyone.

After a period of deepening depression I sent a second email to COO Beth Howard on May 25, 2021 indicating I still was without a reasonable explanation as to how I could be terminated under such callous circumstances, needed answers and was struggling with suicidal ideation because of the poor treatment I had received from Vail Resorts. In response, they sent Eagle County Sherriff's officers to my house to intimidate and harass me. I finally got the HR persons name from the officer, who had Jenn McHose finally call me that day. Jenn gave no good cause as to why I was terminated or how thins could happen.

On September 10, 2021 I sent a final email to Jenn McHose and Beth Howard letting them know that I would live to expose their callous, unkind tactics.

On September 11, 2021 I was surrounded by six uniformed officers and informed of the criminal investigation that was about to happen and was handed the letter informing me that I was banned for life from all Vail Resorts. Again, I was cleared of any wrong doing by Vail PD, but Vail did not see fit to lift the lifetime ban.

### E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

     __X__ Yes  (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

__X__ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

___ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Due to the Retaliation and Adverse Action of a criminal investigation and lifetime ban Vail Corporation took towards me for simply asking questions and standing up for myself, I am asking for monetary compensation

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct *See* 28 U.S.C. § 1746; 18 U.S.C § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

___1-31-2022___
(Date)

(Form Revised December 2017)